Fatai O. KING, Petitioner

v.

LINCOLN TECHNICAL INSTITUTE, et al., Respondent.

Supreme Court of Pennsylvania.

July 8, 2008.

### ORDER

PER CURIAM.

AND NOW, this 8th day of July, 2008, the Petition for Allowance of Appeal being

treated as a Petition for Review is **DE-NIED.**